ORIGINAL FILED
07 OCT -5 AM 11:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

**ERIC M. SAFIRE, SB#98706**
LAW OFFICES OF ERIC M. SAFIRE
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 292-1940
Fax: (415) 292-1946
Email: eric@safirelaw.com

Attorney for PLAINTIFF,
Raad Halteh

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MJJ

C 07 5130

RAAD HALTEH

Plaintiff,

vs.

CITY OF SOUTH SAN FRANCISCO, CHIEF MARK RAFFAELLI, individually and in his official capacity; SGT MIKE REMEDIOS, individually; CORPORAL KEN CHECUTI, individually, and DOES 1 through 50,

Defendants,

Case No.:

**COMPLAINT FOR DAMAGES (VIOLATION OF CIVIL RIGHTS)**

JURY TRIAL DEMANDED

## JURISDICTION AND VENUE

1. This complaint alleges violations of the constitutional rights of RAAD HALTEH. The complaint seeks remedies pursuant to Title 42, United States Code, section 1983. Jurisdiction is conferred upon the United States District Court by Title 28, United States Code,

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

sections 1331 and 1343. The actions giving rise to defendants' liability, as alleged in this complaint, occurred in South San Francisco, State of California.

2. Plaintiffs hereby demand a jury trial in this action.

## IDENTIFICATION OF PARTIES

3. At all times material to this Complaint, Plaintiff RAAD HALTEH was a resident of the Northern District of California and of full age.

4. Defendant CITY OF SOUTH SAN FRANCISCO is a public entity, duly organized and existing under the laws of the State of California. Defendant CITY OF SOUTH SAN FRANCISCO includes the South San Francisco Police Department. At all times material to this Complaint, the South San Francisco Police Department was supervised, controlled and staffed by defendant CITY OF SOUTH SAN FRANCISCO, its officers, agents and employees.

5. For some period of time, including but not limited to September 2006, MARK RAFAELLI was the Chief of Police. CHIEF RAFAELLI was an official with final policy-making authority regarding the supervision, discipline, and training of Police Officers for the CITY OF SOUTH SAN FRANCISCO. CHIEF RAFAELLI is being sued in his individual and official capacities.

6. At all times relevant to this Complaint, Defendant SGT. MIKE REMEDIOS was a Police Officer employed by the City of South San Francisco Police Department who was acting under the code of law. SGT. REMEDIOS is being sued in his individual capacity.

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

7. At all times relevant to this Complaint, Defendant CORPORAL CHETCUTI, was a Police Officer employed by the City of South San Francisco Police Department who was acting under the code of law. CORPORAL CHETCUTI is being sued in his individual capacity.

8. Plaintiffs are ignorant of the true names and capacities of the defendants DOES 1 through 50, and therefore sue these defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each DOE defendant is responsible in some manner for the injuries and damages suffered by plaintiffs as described in this complaint. Plaintiffs will amend their complaint to "defendant," "defendants," or to an individually-named defendant also refers to defendants DOES 1 through 50.

9. Each defendant sued in this complaint acted as the agent or employee of every other defendant.

**FACTS GIVING RISE TO THE COMPLAINT**

10. On or about September 25, 2006 Defendants REMEDIOS and CHETCUTI arrived at Zamora Park in South San Francisco. Sgt. Remedios's home is adjacent to the park and defendant Corporal CHETCUTI was in the car with REMEDIOS.

11. Immediately upon arrival the officers saw that Plaintiff's dog (Angel) and the Remedios' family dog (Buddy) were engaged in aggressive playful interaction.

12. REMEDIOS and CHETCUTI instantly came to the conclusion that Plaintiff's dog was out of control and deadly force was indicated.

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

13. Plaintiff, while separating the dogs, was ordered to "step aside" Defendants REMEDIOS and CHETCUTI identified themselves as South San Francisco Police Officers.

14. Plaintiff responded to the officers' order, while REMEDIOS fired his weapon into Plaintiff's dog Angel.

15. Plaintiff's dog Angel was wounded by the first shot. REMEDIOS fired several more shots into Plaintiff's dog thereby killing Angel.

16. Angel presented no danger to either officer. Angel presented no danger to another person. Buddy, Remedios family dog, received little, if any medical veterinary treatment and displayed no visual evidence of injury.

17. Thereafter, Peninsula Humane Society Animal Control officers came to the scene and eventually referred the matter to the San Mateo District Attorney's office for prosecution of Animal Cruelty charges against the officers.

**DAMAGES**

18. Plaintiff RAAD HALTEH was physically, mentally, emotionally, and financially injured and damaged as a proximate result of defendants' conduct. Plaintiff has also suffered the violation of his constitutional rights, and loss of the sense of security, dignity, and pride as a citizen and resident of the United States of America.

19. The conduct of defendants was malicious, wanton, and oppressive. Plaintiffs are therefore entitled to an award of punitive damages against the individually named defendants.

20. Plaintiffs found it necessary to engage the services of private counsel to vindicate their rights under the law. Plaintiffs are therefore entitled to recover all attorney's fees and costs incurred in relation to this action pursuant to Title 42 United States Code section 1988.

**FIRST CLAIM FOR RELIEF**

**42 U.S.C Section 1983**
**(Plaintiffs Against Defendants**
**Sgt. Remedios, Corporal Chetcuti**
**and Does 1 through 50)**

21. Plaintiff RAAD HALTEH realleges and incorporates by reference paragraphs 1 through 20 as though fully set forth in this cause of action.

22. As a direct and proximate result of defendants' actions and omissions, plaintiff was deprived of his rights and privileges under the fourth Amendment to the United States Constitution.

23. Defendants SGT. REMEDIOS and CORPORAL CHETCUTI and DOES 1 though 50 acted under color of law in shooting plaintiff's dog, thereby depriving plaintiff of certain constitutionally- protected rights, including but not limited to the right to be free from the use of excessive force and the unnecessary destruction of property by law enforcement officers, as guaranteed by the fourth amendment to the United States Constitution.

24. Defendants acted in reckless and callous disregard for the constitutional rights of plaintiffs, and with willful oppression and malice. Plaintiffs therefore seek an award of punitive damages against defendants.

WHEREFORE, plaintiffs pray for relief as set forth below.

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

**SECOND CLAIM FOR RELIEF**

**42 U.S.C Section 1983**
**(By Plaintiff Raad Halteh Against Defendants Chief Rafaelli, Sgt. Remedios, Corporal Chetcuti and Does 1 through 50)**

25. Plaintiff RAAD HALTEH realleges and incorporates by reference paragraphs 1 through 34 as though fully set forth in this cause of action.

26. As a direct and proximate result of defendants' action and omissions, Plaintiff HALTEH was deprived of his rights and privileges under the Fourth Amendment to the United States Constitution.

27. Defendants Chief Rafaelli, Sgt. Remedios, Corporal Chetcuti and Does 1 through 50 acted under color of law in pointing guns at plaintiff, assaulting him, and thereby depriving plaintiffs of certain constitutionally-protected rights, including but not limited to the rights to be free from the use of excessive force by law enforcement officers, as guaranteed by the fourth amendment to the United States Constitution.

28. Defendants acted in reckless and callous disregard for the constitutional rights of Plaintiff HALTEH, and with willful oppression and malice. Plaintiff therefore seeks an award of punitive damages against defendants.

WHEREFORE, plaintiffs pray for relief as set forth below.

//

//

//

//

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

**THIRD CLAIM FOR RELIEF**
**42 U.S.C. Section 1983**
**(By Plaintiff Against Defendants City of South San Francisco, Chief Rafaelli, and DOES 1 through 50)**

29. Plaintiffs reallege and incorporate by reference paragraphs 1 through 27 as though fully set forth in this cause of action.

30. The policies, practices, acts and omissions of Defendants CITY OF SOUTH SAN FRANCISCO, CHIEF MARK RAFAELLI AND DOES 1 through 50, were moving forces behind violations of plaintiffs' constitutional rights and the resulting damages suffered by plaintiff.

WHEREFORE, plaintiff prays for relief as set forth below.

**FOURTH CLAIM FOR RELIEF**
**42 U.S.C. Section 1983**
**(By Plaintiff Against Defendants City of South San Francisco, Chief Rafaelli and DOES 1 though 50)**

31. Plaintiffs reallege and incorporate by reference paragraphs 1 through 29 as though fully set fourth in this cause of action.

32. Plaintiff is informed and believe and on that basis allege that Defendants CITY OF SOUTH SAN FRANCISCO, CHIEF RAFAELLI and DOES 1 through 50 participated in the violation of plaintiff's right by failing to provide adequate training, supervision, discipline, and control of South San Francisco Police Officers with respect to constitutionally appropriate use of force, arrest and detention, and in ratifying the unlawful conduct of defendants SGT. REMEDIOS, CORPORAL CHETCUTI and DOES 1 through 50, as described in this complaint, thereby acquiescing in the deprivation of plaintiff's rights.

WHEREFORE, plaintiffs pray for relief as follows:

ERIC M. SAFIRE
Attorney at Law
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115-1814
(415) 292-1940

1. For general damages, according to proof;
2. For special damages, according to proof;
3. For pecuniary damages, according to proof;
4. For funeral and burial expenses according to proof;
5. For punitive damages against the individually-named defendants;
6. For attorneys' fees pursuant to 42 U.S.C section 1988;
7. For costs of suit incurred herein; and
8. For such other and further relief as the court may deem just and proper.

Dated: September 25, 2007

LAW OFFICES OF ERIC M. SAFIRE

By: ERIC M. SAFIRE
Attorney for Plaintiff