# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RAAD HALTEH

v.

CITY OF SOUTH SAN FRANCISCO, MARK RAFFAELLI, MIKE REMEDIOS, KEN CHECUTI, DOES 1 - 50

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5130 MJJ

TO: (Name and address of defendant)

CITY OF SOUTH SAN FRANCISCO; CHIEF MARK RAFFAELLI, individually and in his official capacity; SGT MIKE REMEDIOS, individually; CORPORAL KEN CHECUTI, individually; and DOES 1 through 50; 400 Grand Avenue, South San Francisco, CA 94080 and / or 33 Arroyo Drive, Suite C, South San Francisco, CA 94080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERIC M. SAFIRE
LAW OFFICES OF ERIC M. SAFIRE
2431 FILLMORE STREET
SAN FRANCISCO, CA 94115

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE OCT - 5 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: November 2, 2007 @ 3:50 pm |
| Name of SERVER: W. R. Bignall, SF #136 | TITLE: California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual~~ place of ~~abode~~ employment with a person of suitable age and discretion ~~then residing therein~~ authorized to accept service o/b/o City of South San Francisco

Name of person with whom the summons and complaint were left: Irene Soto, Interim City Clerk of the City of South San Francisco

☐ Returned unexecuted:

☒ Other (specify):
Documents served: Summons, Complaint, Civil Cover Sheet, Order re: Case Management Conference & ADR, District Court Information Sheet, Magistrate Availability Notice, ECF Registration Handout

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35 @ .65/ $22.75 | $125.00 | $147.75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 2, 2007

Signature of Server: W. R. Bignall, SF #136
DO PROCESS, INC.
2215-R Market Street
Address of Server
San Francisco, CA  94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: November 2, 2007 @ 3:50 pm |
| Name of SERVER: W. R. Bignall, SF #136 | TITLE: California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual~~ place of ~~abode~~ employment with a person of suitable age and discretion ~~then residing therein~~ authorized to accept service o/b/o Mark Raffaelli
Name of person with whom the summons and complaint were left:
    Irene Soto, Interim City Clerk of the City of South San Francisco

☐ Returned unexecuted:

☒ Other (specify):
    Documents served: Summons, Complaint, Civil Cover Sheet, Order re: Case Management Conference & ADR, District Court Information Sheet, Magistrate Availability Notice, ECF Registration Handout

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35 @ .65/ $22.75 | $125.00 | $147.75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 2, 2007
                Date

Signature of Server  W. R. Bignall, SF #136
DO PROCESS, INC.
2215-R Market Street
Address of Server
San Francisco, CA  94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>November 2, 2007 @ 3:50 pm |
| Name of SERVER<br>W. R. Bignall, SF #136 | TITLE<br>California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual~~ place of ~~abode~~ employment with a person of suitable age and discretion ~~then residing therein~~ authorized to accept service o/b/o Ken Checuti

Name of person with whom the summons and complaint were left:

　　Irene Soto, Interim City Clerk of the City of South
　　　San Francisco

☐ Returned unexecuted:

☒ Other *(specify)*:

　　Documents served: Summons, Complaint, Civil Cover Sheet, Order
　　　re: Case Management Conference & ADR, District Court Information
　　　Sheet, Magistrate Availability Notice, ECF Registration Handout

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| 35 @ .65/ $22.75 | $125.00 | $147.75 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　November 2, 2007
　　　　　　　　Date

Signature of Server　W. R. Bignall, SF #136
DO PROCESS, INC.
2215-R Market Street

Address of Server
San Francisco, CA  94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE<br>November 2, 2007 @ 3:50 pm |
| Name of SERVER<br>W. R. Bignall, SF #136 | | TITLE<br>California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual~~ place of ~~abode~~ employment with a person of suitable age and discretion ~~then residing therein~~ authorized to accept service o/b/o Mike Remedios
Name of person with whom the summons and complaint were left:

    Irene Soto, Interim City Clerk of the City of South
      San Francisco

☐ Returned unexecuted:

☒ Other (specify):

    Documents served: Summons, Complaint, Civil Cover Sheet, Order
      re: Case Management Conference & ADR, District Court Information
      Sheet, Magistrate Availability Notice, ECF Registration Handout

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35 @ .65/ $22.75 | $125.00 | $147.75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 2, 2007
                Date

Signature of Server  W. R. Bignall, SF #136
DO PROCESS, INC.
2215-R Market Street
Address of Server
San Francisco, CA 94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure