JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for CITY OF SOUTH SAN FRANCISCO;
CHIEF MARK RAFFAELLI, individually and in his
official capacity; SGT. MIKE REMEDIOS, individually;
CORPORAL KEN CHECUTI, individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALFIORNIA

RAAD HALTEH,

Plaintiff,

vs.

CITY OF SOUTH SAN FRANCISCO; CHIEF
MARK RAFFAELLI, individually and in his
official capacity; SGT. MIKE REMEDIOS,
individually; CORPORAL KEN CHECUTI,
individually, and DOES 1 through 50,

Defendants.

Case No. C 07 5130 MJJ

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
[Civil L.R. 6-1(a)]

Pursuant to Northern District of California Local Rule 6-1(a), it is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that Defendants CITY OF SOUTH SAN FRANCISCO, CHIEF MARK RAFFAELLI, SGT. MIKE REMEDIOS, and CORPORAL KEN CHECUTI, have until December 7, 2007, to file their answer or otherwise respond to plaintiff's Complaint.

The parties have not previously stipulated to change any dates.

///

///

///

1

Stipulation to Extend Time For Answer or Otherwise Respond; Case No C 07 5130 MJJ

1  Date: November 20, 2007          HOWARD ROME MARTIN & RIDLEY LLP

2
3                                    By: _____
                                         Todd H. Master
4                                        Attorneys for Defendants CITY OF SOUTH
                                         SAN FRANCISCO; CHIEF MARK
5                                        RAFFAELLI, individually and in his official
                                         capacity; SGT. MIKE REMEDIOS,
6                                        individually; and CORPORAL KEN
                                         CHECUTI, individually
7

8  Date: November 20, 2007          LAW OFFICES OF ERIC M. SAFIRE
9
10                                   By: _____
                                         Eric M. Safire
11                                       Attorneys for Plaintiff RAAD HALTEH

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

NOV. 19. 2007  2:22PM    HOWARD ROME MARTIN RIDLEY LLP    NO. 1015    P. 3