# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Halteh, | 07-05130 MJJ MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
|    v. | |
| City of South San Francisco, | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Hadden Roth**
> Law Offices of Hadden Roth
> P.O. Box 151567
> San Rafael, CA 94915
> 415-479-5623

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05130 MJJ MED                                         - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 4, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05130 MJJ MED                              - 2 -