# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Halteh,<br><br>             Plaintiff(s),<br><br>      v.<br><br>City of South San Francisco,<br><br>             Defendant(s). | 07-05130 MJJ MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Hadden Roth to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: February 15, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-05130 MJJ MED