# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Halteh,<br><br>            Plaintiff(s),<br><br>    v.<br><br>City of South San Francisco,<br><br>            Defendant(s). | 07-05130 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jonathan D. Schmidt**
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102
415-436-6776
jonathan.schmidt@usdoj.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05130 MMC MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05130 MMC MED                     - 2 -