JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

**Attorneys for Defendants**
CITY OF SOUTH SAN FRANCISCO;
CHIEF MARK RAFFAELLI, individually and in his
official capacity; LIEUTENANT MIKE REMEDIOS, individually
(sued herein as SGT. MIKE REMEDIOS);
CORPORAL KEN CHETCUTI, individually (erroneously sued herein
as CORPORAL KEN CHECUTI)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALFIORNIA

| | |
|---|---|
| RAAD HALTEH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH SAN FRANCISCO; CHIEF MARK RAFFAELLI, individually and in his official capacity; SGT. MIKE REMEDIOS, individually; CORPORAL KEN CHECUTI, individually, and DOES 1 through 50,<br><br>Defendants. | Case No. C 07 5130 MMC<br><br>STIPULATION AND PROPOSED ORDER RE DEFENDANT MARK RAFFAELLI'S APPLICATION TO BE EXCUSED FROM ATTENDING MEDIATION [ADR LOCAL RULE 6] |

## STIPULATION

This matter is scheduled for mediation with Jonathan Schmidt. The City of South San Francisco ("City") respectfully requests that Defendant Mark Raffaelli be excused from personally attending the mediation. Chief Raffaelli is one of four named City defendants. His absence will not impair the defendants' ability to mediate the case.

Counsel for the defendants has discussed this with plaintiff's counsel and he agrees that Chief Raffaelli need not be present.

1

---

Stipulation and Proposed Order; Case No C 07 5130 MMC

It is therefore stipulated between the parties that Defendant Mark Raffaelli be excused from personally attending the mediation before Mr. Schmidt.

Date: March 17, 2008    HOWARD ROME MARTIN & RIDLEY LLP

By: /s/ Todd H. Master
Todd H. Master
Attorneys for Defendants

Date: 3/17/08

By: /s/ Eric Safire
Eric Safire, Esq.
Attorney for Plaintiff

## ORDER

Pursuant to the above facts and stipulation, it is hereby ordered that Defendant Mark Raffaelli is excused from personally attending mediation with the Court-appointed mediator – Jonathan Schmidt.

Date: _____    By: _____
Honorable Maxine M. Chesney

2

Stipulation and Proposed Order; Case No C 07 5130 MMC