**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: MAR 28 2008

C-07-5130-MMC (MED)

RAAD HALTEH v. City of South San Francisco

Attorneys: ERIC SAFIRE     TODD MASTER

Deputy Clerk: **TRACY LUCERO**     Reporter: Belle Ball

**PROCEEDINGS:**     **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 11/7/08. Meet & confer by 12/22/08. Joint statement due by 9/12/08.

(✓) ORDER TO BE PREPARED BY:   Plntf___  Deft___  Court ✓

(✓) Referred to ~~Magistrate~~ Previously ADR For: MEDIATION
   (✓) By Court
(✓) CASE CONTINUED TO 9/19/08 @ 10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off  8/29/08     Expert Discovery Cut-Off  10/24/08

π/Δ ~~Plntf~~ to Name Experts by  9/19/08     π/Δ REBUTTAL ~~Deft~~ to Name Experts by  10/3/08

P/T Conference Date 1/27/09 @ 3:00   Trial Date 2/9/09 @ 9:00   Set for 5-7 days
Type of Trial: (✓) Jury    ( ) Court
Notes: _____

(15 min)