APR. 1. 2008 1:29PM HOWARD ROME MARTIN RIDLEY LLP NO. 2216 P. 4
Case 3:07-cv-05130-MMC Document 23 Filed 04/02/2008 Page 1 of 2
Case 3:07-cv-05130-MMC Document 20 Filed 03/28/2008 Page 1 of 2

JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SOUTH SAN FRANCISCO;
CHIEF MARK RAFFAELLI, individually and in his
official capacity; LIEUTENANT MIKE REMEDIOS, individually
(sued herein as SGT. MIKE REMEDIOS);
CORPORAL KEN CHETCUTI, individually (erroneously sued herein
as CORPORAL KEN CHECUTI)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAD HALTEH, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SOUTH SAN FRANCISCO; CHIEF MARK RAFFAELLI, individually and in his official capacity; SGT. MIKE REMEDIOS, individually; CORPORAL KEN CHECUTI, individually; and DOES 1 through 50, <br><br> Defendants. | Case No. C 07 5130 MMC <br><br> STIPULATION AND PROPOSED ORDER RE DEFENDANT MARK RAFFAELLI'S APPLICATION TO BE EXCUSED FROM ATTENDING MEDIATION [ADR LOCAL RULE 6] |

## STIPULATION

This matter is scheduled for mediation with Jonathan Schmidt. The City of South San Francisco ("City") respectfully requests that Defendant Mark Raffaelli be excused from personally attending the mediation. Chief Raffaelli is one of four named City defendants. His absence will not impair the defendants' ability to mediate the case.

Counsel for the defendants has discussed this with plaintiff's counsel and he agrees that Chief Raffaelli need not be present.

1

Stipulation and Proposed Order; Case No C 07 5130 MMC

APR. 1. 2008 1:39PM  HOWARD ROME MARTIN RIDLEY LLP  NO. 2216  P. 5
Case 3:07-cv-05130-MMC  Document 23  Filed 04/02/2008  Page 2 of 2
Case 3:07-cv-05130-MMC  Document 20  Filed 03/28/2008  Page 2 of 2

1  It is therefore stipulated between the parties that Defendant Mark Raffaelli be excused from
2  personally attending the mediation before Mr. Schmidt.
3  Date: March 17, 2008         HOWARD ROME MARTIN & RIDLEY LLP

5          By: /s/ Todd H. Master
6              Todd H. Master
               Attorneys for Defendants

8  Date: 3/17/08

9          By: /s/ Eric Safire
10             Eric Safire, Esq.
               Attorney for Plaintiff

                        ORDER

12  Pursuant to the above facts and stipulation, it is hereby ordered that Defendant Mark
13  Raffaelli is excused from personally attending mediation with the Court-appointed mediator
14  Jonathan Schmidt, but Chief Raffaelli must be accessible
15  by telephone.
16  Date: 4/2/08          By: /s/ Wayne D. Brazil
17                            Honorable Maxine M. Chesney
                              ADR Magistrate Judge

Stipulation and Proposed Order; Case No C 07 5130 MMC

2