|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

# UNITED STATES DISTRICT COURT

### Northern District of California

| Halteh, | No. C 07-05130 MMC MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. |   |
| City of South San Francisco, |   |
| Defendant(s). |   |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 4-10-08

2. Did the case settle?     ☐ fully     ☐ partially     ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: 4-2006

Mediator, Jonathan D. Schmidt
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

**Certification of ADR Session**
07-05130 MMC MED