**ERIC M. SAFIRE, SB#98706**
LAW OFFICES OF ERIC M. SAFIRE
2431 Fillmore Street
San Francisco, CA 94115-1814
Tel:     (415) 292-1940
Fax:    (415) 292-1946

Attorney for Plaintiff
RAAD HALTEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAD HALTEH<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF SOUTH SAN FRANCISCO, CHIEF MARK RAFFAELLI, individually and in his official capacity; SGT MIKE REMEDIOS, individually; CORPORAL KEN CHECUTI, individually, and DOES 1 through 50,<br><br>            Defendant. | Case No.: C 07 05130 MCC<br><br>STIPULATION BY PARTIES AND PROPOSED ORDER TO CONTINUE TRIAL DATE; DECLARATION OF COUNSEL IN SUPPORT THEREOF<br><br>AND ORDER THEREON |

**STIPULATION**

IT IS HEREBY stipulated, by and between the parties, as follows:

In that both counsel agree that they cannot be prepared for trial by the time currently set therefore, the parties respectfully request that the currently set trial date be continued to a date convenient to the court and after April 1, 2009;

STIPULATION TO CONTINUE TRIAL DATE
1

1  Due to circumstances beyond the control of either party or counsel, and unforeseen at the
2  time the case was set, as more fully described in the attached declaration of Eric M. Safire,
3  Plaintiff cannot complete discovery, disclose expert witness reports and/or otherwise be prepared
4  to proceed as currently scheduled herein.
5
6  Therefore, the parties request that the Court vacate the trial date currently set and all other
7  cut-off dates and set this matter for a Case Management Conference as soon as the Court's
8  calendar can accommodate.

10  Date: August 13, 2008

                                    Respectfully Submitted,

                                    _____
                                    ERIC M. SAFIRE, Attorney for Plaintiff

15  Date: August 13, 2008

                                    HOWARD ROME MARTIN & RIDLEY LLP

17                                  By: _____
                                    Todd H. Master, Attorneys for Defendants

20                                  **ORDER**

21  IT IS HEREBY ordered that the trial currently set for February 9, 2009 is hereby vacated
22  and the Court will set new dates at ~~a Case Management~~ the Further Status Conference ~~to be held in this court on~~ previously scheduled for
23  September 19, 2008. The parties shall file a joint Further Status Conference Statement no
24  later than September 12, 2008, and shall include therein their proposed new deadlines and dates,
    as well as a proposal for further alternative dispute resolution.

26  Date: August 21, 2008      By: _____
27                                  Honorable Maxine M. Chesney

28                          STIPULATION TO CONTINUE TRIAL DATE
                                          2

## DECLARATION OF COUNSEL

I, Eric M. Safire, declare as follows:

I am an attorney duly licensed to practice before this court and all the courts for the State of California and am attorney of record for

I am also defense counsel in *People v. Jamie Gutierrez* San Francisco Superior Court Number 204121, 2326365. Mr. Gutierrez was charged with first degree murder, shooting into an occupied vehicle resulting in death and being an ex-felon in possession of a firearm. The charges carry penalties from 25 years to life in prison. The trial was set on a no time waiver basis and the trial can be best described as a WAR! The jury was hung 8 to 4 for acquittal and the prosecution is seeking an immediate re-trial. Both parties have exerted their respective right to a speedy trial.

At the time this case was set for Case Management Conference, March 28, 2008, the Gutierrez case was set for trial to begin in April 2008. In fact the case was assigned to trial on April 1, 2008.

All parties anticipated that the case would be tried in two to three weeks. The jury completed its deliberations on July 25 and the case has been set for re-trial on August 29, 2008. No reasonable person could have anticipated that the case would take four months to try. Further, a retrial was certainly not considered by counsel when the trial date for this case was chosen. Plaintiff's counsel herein is a sole practitioner and cannot prepare for the trial in this case while acting as defense counsel for Mr. Gutierrez.

As a result of this unforeseen miscalculation, Plaintiff is unable to complete discovery by August 29, 2008 as currently ordered. Nor can the parties provide the necessary information to their experts in time for Rule 26 reports by the currently ordered date.

STIPULATION TO CONTINUE TRIAL DATE
3

Therefore, the parties cannot be prepared to proceed to trial on February 9, 2009. This is the first request for a continuance and the parties have mediated for several hours, in good faith. Both sides are anxious to resolve the disputes raised by this matter and have not been dilatory in preparation. Plaintiff's deposition was scheduled at least three times, but had to be cancelled as a result of the Gutierrez trial in San Francisco Superior Court. The jury in that case was seated for more than 80 days.

This request for continuance has been discussed with Mr. Todd Master, defense counsel herein and both parties agree that despite the desire for expeditious resolution, a continuance, for at least 60 days is necessary.

Therefore, Plaintiff respectfully requests that the court set a new Case Management Conference hearing and that dates be set 60 days hence, or as soon thereafter as the court can accommodate.

I declare under penalty of perjury that the forgoing is true and correct. Executed the 12th day of August 2008, at San Francisco, California.

_____
ERIC M. SAFIRE, Attorney for Plaintiff

STIPULATION TO CONTINUE TRIAL DATE

4