IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAD HALTEH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SOUTH SAN FRANCISCO, et al.,<br><br>    Defendants                    / | No. C 07-5130 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL** |

    Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Discovery Responses to Plaintiff's Request for Production of Documents, Set No. One," filed November 13, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    The December 19, 2008 hearing noticed before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: November 14, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge