UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAD HALTEH, | |
| Plaintiff(s), | No. C07-5130 MMC (BZ) |
| v. | |
| CITY OF SOUTH SAN FRANCISCO, et al., | **BRIEFING ORDER** |
| Defendant(s). | |

Having been referred plaintiff's motion to compel discovery, **IT IS HEREBY ORDERED** as follows:

1. The opposition shall be filed by **December 12, 2008**;

2. Plaintiff's reply shall be filed by **December 19, 2008**;

3. A hearing, if necessary, is scheduled for **January 7, 2009 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

In their papers, parties should focus on case law applying attorney-client privilege and the work product

1

1  doctrine in the public setting.  A chambers copy of all briefs
2  shall be submitted on a diskette formatted in WordPerfect or
3  be e-mailed to the following address: **bzpo@cand.uscourts.gov**
4  Dated:   November 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

7  G:\BZALL\-REFS\HALTEH V. CITY OF SO.S.F\Briefing Order.wpd