UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAAD HALTEH,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CITY OF SOUTH SAN FRANCISCO, et al.,<br><br>        Defendant(s). | No. C07-5130 MMC (BZ)<br><br>**ORDER DENYING MOTION TO COMPEL** |

The parties having informed the court that they have settled this dispute and expect to shortly file a dismissal, **IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery (Docket #30) is **DENIED AS MOOT**. The hearing and briefing schedule is **VACATED**.

Dated: December 22, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HALTEH V. CITY OF SO.S.F\ORDER DENYING MOT TO COMPEL.wpd

1