RECEIVED DEC 1 8 2008
FILED _____
CALENDARED _____

1  JOSEPH C. HOWARD, JR. [SBN: 050784]
   TODD H. MASTER [SBN: 185881]
2  HOWARD ROME MARTIN & RIDLEY LLP
   1775 Woodside Road, Suite 200
3  Redwood City, CA 94061
   Telephone: (650) 365-7715
4  Facsimile: (650) 364-5297

5  **Attorneys for Defendants**
   CITY OF SOUTH SAN FRANCISCO;
6  CHIEF MARK RAFFAELLI, individually and in his
   official capacity; LIEUTENANT MIKE REMEDIOS, individually
7  (sued herein as SGT. MIKE REMEDIOS);
   CORPORAL KEN CHETCUTI, individually (erroneously sued herein
8  as CORPORAL KEN CHECUTI)

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALFIORNIA

11

12  RAAD HALTEH,                          Case No. C 07 5130 MMC
                                          ORDER APPROVING
13              Plaintiff,                **STIPULATION OF DISMISSAL**
                                          [FRCP 41 (a) (1)]
14       vs.

15  CITY OF SOUTH SAN FRANCISCO; CHIEF
    MARK RAFFAELLI, individually and in his
16  official capacity; SGT. MIKE REMEDIOS,
    individually; CORPORAL KEN CHECUTI,
17  individually, and DOES 1 through 50,

18              Defendants.

19       IT IS HEREBY STIPULATED by and between the parties to this action through their

20  designated counsel that the above-entitled action filed by plaintiff RAAD HALTEH against

21  defendants CITY OF SOUTH SAN FRANCISCO, CHIEF MARK RAFFAELLI, LIEUTENANT

22  MIKE REMEDIOS (sued herein as SERGEANT MIKE REMEDIOS), and CORPORAL KEN

23  CHETCUTI ("CHETCUTI")(erroneously sued herein as CORPORAL KEN CHECUTI),

24  (collectively, "defendants") and all others is dismissed with prejudice pursuant to Fed.R.Civ.Pro

25

26                                            1

STIPULATION RE DISMISSAL; Case No C 07 5130 MMC

1  41(a)(1), with each party to bear their own costs and attorney fees.

Dated: ~~December __, 2008~~ January 16, 2009

HOWARD ROME MARTIN & RIDLEY LLP

By: _____
Todd H. Master
Attorneys for Said Defendants

Dated: December 17, 2008

By: _____
Eric Safire
Attorneys for Plaintiff

## ORDER

This Stipulation re Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: January 16, 2009

_____
Hon. Maxine M. Chesney
United States District Judge

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

2

STIPULATION RE DISMISSAL; Case No C 07 5130 MMC